IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 MAY 16 PM 1:54
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

ANDRE R. HARDY, SR.,

    Plaintiff,

vs.

SOUTHEAST TRANSPORTATION
SYSTEMS, INC., a foreign corporation,
and IVAN J. KYLER, an individual

    Defendants.

CASE NO.:

3:12-cv-579-J-25-JBT

---

## DEFENDANT, IVAN J. KYLER'S NOTICE OF REMOVAL

Defendant, IVAN J. KYLER, by and through his undersigned attorney, hereby files with this Court, pursuant to 28 U.S.C. § 1446, a Notice of Removal to this Court of the above-captioned matter from the Fourth Judicial Circuit, Duval County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff Andre R. Hardy, Sr., filed a civil action in the Circuit Court for Duval County, Florida, Case No. 16-2012-CA-001695, Division CV-D, for injuries arising out of a motor vehicle accident that occurred in Jacksonville, Florida

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1441.

3. Plaintiff Andre R. Hardy, Sr., at all times relevant, has been a citizen and resident of Jacksonville, Duval County, Florida.

4. Defendant Ivan J. Kyler, at all times relevant, has been a citizen and resident of Brunswick, Georgia.

5. Defendant Southeast Transportation Systems, Inc., at all times relevant, has been a

Delaware corporation with its principal place of business in Deerfield Beach, Florida.

6. Defendant Ivan J. Kyler was served with the Complaint on April 18, 2012.

7. Defendant Southeast Transportation Systems, Inc., was served with the Complaint on February 28, 2012. Defendant Southeast Transportation Systems, Inc., consents to the removal of this action to this Court.

8. Defendant Kyler filed this Notice of Removal within thirty (30) days of Defendant Kyler being served with Plaintiffs' Complaint. Therefore, under 28 U.S.C. § 1446(b), the Notice of Removal is timely filed.

9. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this Court pursuant to 28 U.S.C. § 1441(a).

10. Copies of all processes, pleadings, and orders on file in the State Court are being filed concurrently with this Notice of Removal as required by 28 U.S.C. § 1446(a) and Local Rule 4.02 of the Rules of the United States District Court for the Middle District of Florida. (Exhibit "1").

11. The amount in controversy exclusive of fees and costs exceeds $75,000.00, and the District Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

12. Pursuant to 28 U.S.C. § 1446(c), Defendant Kyler served written notice on Plaintiff of the filing of this Notice of Removal. Defendant Kyler filed and served a true and correct copy of this Notice of Removal with the State Court as required by 28 U.S.C. § 1446(c). (Exhibit "2").

13. Pursuant to the Rules of this Court, Defendant submitted herewith a filing fee of $350.00.

WHEREFORE, Defendant respectfully requests that this Court accept the removal of this action from State Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **Eric Ragatz, Esquire**, Edwards & Ragatz, P.A., 501 Riverside Avenue, Suite 601, Jacksonville, Florida 32202 via U.S. Mail this 16 day of May, 2012.

_____
KRISTEN M. VAN DER LINDE
Florida Bar No. 0964573
Trial Counsel for Defendants
BOYD & JENERETTE, P.A.
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
(904) 353-6241
(904) 493-5655 (facsimile)
kvanderlinde@boyd-jenerette.com