IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO. 3:12-CN-579-J-25JBT

DIVISION: 16-2012-CA-001695



DIVISION CV-D

ANDRE R. HARDY, SR.,

    Plaintiff,

vs.

SOUTHEAST TRANSPORTATION SYSTEMS, INC., a foreign corporation, and IVAN J. KYLER, an individual,

    Defendants.

_____/

FILED
FEB 17 2012
CLERK CIRCUIT COURT



## COMPLAINT

COMES NOW, the Plaintiff, ANDRE R. HARDY, SR., by and through his undersigned counsel, and hereby sues Defendants, SOUTHEAST TRANSPORTATION SYSTEMS, INC. (hereinafter "SOUTHEAST"), and IVAN J. KYLER, an individual, (hereinafter "KYLER") and alleges:

### COMMON ALLEGATIONS AS TO ALL COUNTS

1. This is an action for damages which exceeds the sum of Fifteen Thousand Dollars ($15,000.00), exclusive of costs, interest, and attorneys' fees.

2. At all times material hereto, Plaintiff, ANDRE R. HARDY, SR., was and is a natural person and resident of Jacksonville, Duval County, Florida.

3. At all times material hereto, Defendant, SOUTHEAST TRANSPORTATION SYSTEMS, INC., was and is a foreign corporation which is incorporated in the State of Delaware and at all times material hereto is operating and doing business in Jacksonville, Florida, as a transportation and logistics provider and a

company that owns and operates commercial trucks and vehicles in the greater Jacksonville, Florida area.

4. At all times material hereto, Defendant KYLER, an individual, was a natural person and resident of Brunswick, Georgia.

5. At all times material hereto, Defendant KYLER, an individual, was and is an employee of Defendant SOUTHEAST, and all times material hereto was in the course and scope of employment of the subject Defendant at the time of the subject motor vehicle accident.

6. On or about July 3, 2010, Defendant SOUTHEAST owned and/or leased and/or operated a commercial truck (Vehicle Identification No. INP5LB9X970679903) in Jacksonville, Duval County, Florida, at or near the intersection of State Road 9A (I-295 expressway North) and Commonwealth Avenue.

7. At all times material hereto, Defendant SOUTHEAST is vicariously liable for individual Defendant HARDY's conduct and for the injuries and damages caused by the Defendants' vehicle referenced herein.

8. At that time and place, Defendant KYLER negligently operated and/or maintained the subject motor vehicle referenced hereinabove in paragraph 6 so that it collided with a motor vehicle owned by Resheena Wimberly Bryant and driven by Plaintiff, ANDRE R. HARDY, SR.

9. Venue is proper in this county because the cause of action occurred in this county.

## COUNT I
### (Negligence Claim as to Southeast Transportation Systems, Inc. and Ivan J. Kyler)

10. Plaintiff, ANDRE R. HARDY, SR., realleges and reaffirms paragraphs 1 through 9 set forth above.

11. As a direct and proximate result of the foregoing negligence, Plaintiff, ANDRE R. HARDY, SR., suffered bodily injury resulting in pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The injury to the Plaintiff, ANDRE R. HARDY, SR., is permanent within a reasonable degree of medical probability, and the Plaintiff will continue to suffer the referenced losses in the future.

WHEREFORE, Plaintiff, ANDRE R. HARDY, SR., demands judgment against Defendants, SOUTHEAST TRANSPORTATION SYSTEMS, INC. and IVAN J. KYLER, an individual, for damages, costs of this action, trial by jury, and such other further relief as this Court may deem appropriate.

## JURY TRIAL

The Plaintiff demands trial by jury of all issues raised in this action.

DATED this 17th day of February, 2012.

EDWARDS & RAGATZ, P.A.

_____
Eric C. Ragatz, Esquire
Florida Bar No. 0092053
501 Riverside Avenue, Suite 601
Jacksonville, Florida 32202
Telephone No. (904) 399-1609
Facsimile No. (904) 399-1615
*Attorneys for Plaintiff*