UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ANDRE R. HARDY, SR.,**

    Plaintiff,

v.     CASE NO.     3:12-cv-579-J-25JBT

**SOUTHEAST TRANSPORTATION SYSTEM, INC.,** a foreign corporation, and **IVAN J. KYLER**, an individual,

    Defendants.

## O R D E R

Pursuant to the Mediation Disposition Report (Dkt. 15), which indicates that this case has been completely settled, and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED** and **ADJUDGED**:

1. That this case is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days hereof to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen this case for further proceedings.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of March, 2013.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record