UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDRE R. HARDY, SR.,

    Plaintiff,

v.                                    Case No.: **3:12-cv-579-J-25JBT**

**SOUTHEAST TRANSPORTATION
SYSTEMS, INC.**, a foreign corporation,
and **IVAN J. KYLER**, an individual,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Leave to File Petition for Authorization of Fee Division (Dkt. 17). It is,

**ORDERED:**

Plaintiff's Motion (Dkt. 17) is **DENIED**; the Court will not make a determination as to the reasonability of a fee division based on the private settlement agreement between the parties.

**DONE AND ORDERED** this ___ day of _____, 2013.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:   Counsel of Record